# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GRACE A. FLANERY**                                                      **PLAINTIFF**

**v.**                         **Case No. 4:22-cv-01009-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                             **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 14).  Plaintiff Grace A. Flanery has not filed any objections to the Recommended Disposition, and the time to file objections has passed.  After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.  Ms. Flanery's complaint is dismissed with prejudice (Dkt. No. 2).  Judgment will be entered accordingly.

It is so ordered this 22nd day of March, 2024.

                                                              _/s/ Kristine G. Baker_
                                                              Kristine G. Baker
                                                              Chief United States District Judge